UNITED STATES, Appellee

v

JOHN L. WILLIAMSON, Corporal, U. S. Marine Corps,
Appellant

8 USCMA 495, 24 CMR 305

No. 10,398

Decided December 13, 1957

*Commander Charles Timblin,* USN, was on the brief for Appellant,
Accused.

*Lieutenant Colonel Charles H. Beale, Jr.,* USMC, was on the brief for
Appellee, United States.

### Opinion of the Court

HOMER FERGUSON, Judge:

The unauthorized absence of the accused from his unit for a period of seven months resulted in his trial by general court-martial, in which he was found guilty of desertion, in violation of Article 85, Uniform Code of Military Justice, 10 USC § 885. The conviction must be reversed for the reasons stated in United States v Cothern, 8 USCMA 158, 23 CMR 382, and United States v Soccio, 8 USCMA 477, 24 CMR 287. The record is returned to The Judge Advocate General of the Navy for reference to a board of review. The board, in its discretion, may affirm the lesser offense of absence without leave and reassess the sentence, or it may order a rehearing on the desertion charge.

Chief Judge QUINN concurs.

LATIMER, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Soccio, 8 USCMA 477, 24 CMR 287.